| | | | | |
|---|---|---|---|---|
| Phive Starr Properties, LP v. City of Washington | 435CD15 | 04/18/2017 | Washington County G.D. No. 2014–4101 | Affirmed |
| United Union of Roofers v. N Allegheny SD | 2392CD15, 2477CD15, 2493CD15 | 04/18/2017 | Allegheny County No. GD15–014788 | Reversed |
| City of Phila v. Gryphin Coatings | 2626CD15 | 04/18/2017 | Philadelphia County March Term, 2015 No. T0026 | Reversed and Remanded |
| Robinson v. UCBR | 263CD16 | 04/18/2017 | Unemployment Compensation Board of Review B–585945 | Affirmed |
| Roberts v. Luzerne Co. ZHB | 1319CD16 | 04/18/2017 | Luzerne County No. 1104 of 2015 | Vacated and Remanded |
| Commonwealth v. Klingensmith | 1611CD16 | 04/18/2017 | Indiana County CP–32–CR–0001716–2012 | Affirmed |
| Forbes Road SD v. UCBR | 1814CD16 | 04/18/2017 | Unemployment Compensation Board of Review B–592955 | Affirmed |
| Rickert (Gambardella), In re | 349CD17 | 04/18/2017 | Bucks County No. 2017–01659–27 | Reversed |
| Gross, In re | 409CD17 | 04/18/2017 | York County No. 2017–MI–000066 | Affirmed |
| Kengerski v. UCBR | 484CD16 | 04/19/2017 | Unemployment Compensation Board of Review B–587000 | Affirmed |
| QRK, LLC v. Kenilworth Court Residents Assoc. | 592CD16 | 04/19/2017 | Lancaster County CI–13–06246 | Reversed and Remanded |
| Prokop v. UCBR | 603CD16 | 04/19/2017 | Unemployment Compensation Board of Review B–587396 | Vacated and Remanded |
| Comrie v. OOR (DOC) | 697CD16 | 04/19/2017 | Office of Open Records AP 2016–0610 | Affirmed |
| Stevenson v. UCBR | 909CD16 | 04/19/2017 | Unemployment Compensation Board of Review B–588730 | Affirmed |
| George v. UCBR | 1247CD16 | 04/19/2017 | Unemployment Compensation Board of Review B–589663 | Affirmed |